HAZEL M. WASHBURN, Respondent, v. STATE OF NEW YORK, Appellant.
(Claim No. 42186.) — AULISI, J.

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Aulisi, J.